UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC ELITE FUND, INC., <br><br> Plaintiff, <br> v. <br><br> PHILLIP H. WICHMAN and <br> DEBORAH WICHMAN, <br><br> Defendants. | Case No. 5:14-cv-01756-PSG <br><br> **ORDER REMANDING CASE** <br><br> (Re: Docket Nos. 2, 5 and 6) |

Because the Wichmans have not paid the filing fee for this action and their application to proceed in forma pauperis was denied,[1] this action is remanded.

**IT IS SO ORDERED.**

Dated: April 28, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 5.  Plaintiff's motion to remand and for related relief is DENIED-AS-MOOT. *See* Docket No. 6.

1

Case No. 5:14-cv-01756-PSG
ORDER REMANDING CASE